# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Sharif Pharmacy Inc,

Plaintiff(s),

v.

Prime Therapeutics LLC,

Defendant(s).

Case No. 17 C 3464
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

    which ☐ includes        pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Prime Therapeutics LLC
and against plaintiff(s) Sharif Pharmacy Inc

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge Jorge L. Alonso without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso on a motion for leave to file second amended complaint.

Date: 7/19/2018				Thomas G. Bruton, Clerk of Court

                                                      /s/ Nicole Fratto, Deputy Clerk